UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ELIJAH BROOKS,

    Petitioner,

v.                                     Case No. 07-C-479

MICHAEL THURMER,

    Respondent.

## ORDER

    Several months after filing his notice of appeal, petitioner Elijah Brooks has filed a motion "for issues and documents to be amended with appeal." A certificate of appealability was denied on July 13, and it is unclear from the present motion what relevance Brooks' latest filing has on the issues addressed in his habeas petition. In any event, this court lacks the power to "amend" issues that Brooks may appeal, and even if it had such power this court would not allow a petitioner to expand his appeal beyond matters considered in the underlying petition or to expand the record beyond the materials already considered. Accordingly, the motion is **DENIED**.

    **SO ORDERED** this   27th   day of November, 2007.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach
                                                       United States District Judge